# COUNTY OF SUFFOLK



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. BROWN**　　　　　　　　　　　　　　　　　　　　**DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

September 10, 2019

Hon. Sandra J. Feuerstein
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re: Peter Buccino v. County of Suffolk, et. al.
Docket No. 17-cv-3474(SJF)(SIL)

Dear Judge Feuerstein:

As your records will reflect, we are the attorneys representing the defendant(s) County of Suffolk, P.O. Jeffrey Mott, and P.O. James Houser.

We wish to respectfully inform the Court that the parties have reached a settlement in the above entitled action in the amount of $5,000.

Very truly yours,

Dennis M. Brown
Suffolk County Attorney


  /s/ *Stephanie N. Hill*
By: Stephanie N. Hill
Assistant County Attorney