UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PETER BUCCINO,

                                Plaintiff,

-against-

COUNTY OF SUFFOLK, P.O. JEFFREY MOTT,
and P.O. JAMES HOUSER, (in their Individual
Capacities pursuant to 42 U.S.C.§ 1983),

                                Defendants.

**STIPULATION AND ORDER
OF VOLUNTARY
DISMISSAL**

CV17-3474(SJF) (SIL)

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the respective parties hereto, that the above-captioned action be, and the same hereby is voluntarily dismissed with prejudice, pursuant to F.R.C.P. Rule 41(a)(1), without costs or attorneys' fees to any party, and,

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be so ordered via endorsement hereon without further notice to any party.

Dated:   Hauppauge, New York
            September 13, 2019

By: Scott Michael Mishkin
Scott Michael Mishkin, P.C.
Attorney for Peter Buccino
One Suffolk Square, Suite 240
Islandia, NY 11749

Dennis M. Brown
Suffolk County Attorney
By: Stephanie N. Hill
Assistant County Attorney
Attorney for County of Suffolk County
PO Jeffrey Mott, PO James Houser
100 Veterans Memorial Highway
Hauppauge, New York 11788

**SO ORDERED:**

**Dated: New York**

_____, 2019

Hon. SANDRA J. FEUERSTEIN, U.S.D.J.